UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANET KING, | 2:19-CV-11317-TGB |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| MICHAEL CLUBB, AIM INTEGRATED LOGISTICS, INC., | |
| Defendants. | |

Pursuant to a jury verdict rendered on November 10, 2022, judgment is entered in favor of the Defendants and the case is DISMISSED with prejudice.

DATED this 14th day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge